UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**THESLET BENOIR,** *et al.,*

    **Plaintiffs,**

v.                                                           Case No.: 2:24cv64

**TOWN OF PARKSLEY, VIRGINIA,** *et al.,*

    **Defendants.**

## AMENDED SETTLEMENT CONFERENCE ORDER

The Settlement Conference Order, ECF No. 25, previously entered on June 12, 2024, is amended as follows:

1. All parties and their lead counsel are required to appear at a settlement conference scheduled in the United States District Court, 600 Granby Street, Norfolk, Virginia 23510, on **Tuesday, March 11, 2025, at 9:30 A.M.**, for the purpose of conducting discussions, in good faith, towards a compromised resolution of this case.

7. The parties must: submit **a brief memorandum of five pages or less directly to the chambers of the undersigned (do not file in the clerk's office) by NOON on Tuesday, March 4, 2025.** Do not serve a copy of the letter on the opposing party unless you wish to disclose your settlement position. The memorandum can be emailed to: angilee_dimartino@vaed.uscourts.gov **AND** jim_davidson@vaed.uscourts.gov.

1

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
October 28, 2024