UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| THESLET BENIOR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOWN OF PARKSLEY, VIRGINIA, et al.,<br><br>    Defendants. | Case No. 2:24cv64 |

### ORDER

Before the Court is the parties' Second Joint Motion for Continuance of Case Deadlines (the "Motion"). ECF No. 32. Therein, the parties represent that, despite joint endeavors to complete discovery by the December 2, 2024, deadline, they are unable to do so. *Id.* at 1–3. Due to the need for additional time to complete discovery and the parties' joint determination to vigorously litigate this case, they require more time to complete the discovery process and an extension of certain pretrial deadlines. *Id.* The parties aver that they will not seek further extension of the imposed deadlines. *Id.* at 3.

Upon due consideration and for good cause shown, the Motion (ECF No. 32) is **GRANTED**. It is hereby **ORDERED** that the Court's 16(b) Scheduling Oder (ECF No. 23) is revised as follows[1]: all discovery contemplated by paragraph 3 **SHALL** be completed on or before February 21, 2025; the dispositive motions contemplated in

---

[1] For the avoidance of doubt, the discovery and pretrial motions deadlines imposed by the Court's October 4, 2024, Order (ECF No. 30) are also **STRICKEN**.

paragraph 9 **SHALL** be submitted on or before March 14, 2025, Responses will be due on or before April 4, 2025, and Replies will be due on or before April 11, 2025. The parties **SHALL** submit to the Court a proposed schedule of all necessary remaining revised deadlines in the Rule 16(b) Order. The Clerk is **REQUESTED** to send copies of this Order to all counsel of record.

    **IT IS SO ORDERED.**

/s/<br>Arenda L. Wright Allen<br>United States District Judge

December 6, 2024
Norfolk, Virginia