UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **THESLET BENOIR, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **TOWN OF PARKSLEY, VIRGINIA, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 2:24-cv-64 |

## ORDER

Plaintiffs Theslet Benoir, Clemene Bastien, and Eben-Ezer Haitian Food Truck LLC ("Plaintiffs") filed a Request for Status Conference and Motion to Extend Summary Judgment Briefing Until After the Status Conference ("Motion to Extend Summary Judgment Briefing") on February 25, 2025. ECF No. 40. Therein, Plaintiffs request that the Court schedule a status conference during which the Court would rule on the Plaintiffs' Motion to Use Formerly Privileged Materials and for Leave to Amend the Complaint, ECF No. 36, and set new summary judgment briefing deadlines based on its ruling. ECF No. 40 at 2.

Defendants Town of Parksley, Virginia, and Henry Nicholson ("Defendants") informed Plaintiffs that they opposed the Motion to Extend Summary Judgment Briefing, but they have not yet filed a response to that Motion. *Id.* The parties' motions for summary judgment are due March 14, 2025. ECF No. 33 at 2. The Motion to Extend Summary Judgment Briefing will not be ripe for disposition until after the March 14 deadline.

Therefore, the Court **ORDERS** an expedited briefing schedule with the following deadlines. Defendants must file their response to the Motion to Extend Summary Judgment

Briefing by Wednesday, March 5, 2025. If Plaintiffs wish to file a reply, they must do so by Friday, March 7, 2025.

The Clerk is **DIRECTED** to forward this Order to all counsel of record.

It is so **ORDERED**.

                                                            Lawrence R. Leonard
                                              United States Magistrate Judge

Norfolk, Virginia
February 28, 2025