# Civil Minutes

| | |
|---|---|
| Time Set: | 11:00 a.m. |
| Start Time: | 11:02 a.m. |
| End Time: | 12:27 p.m. |

| | | |
|---|---|---|
| Theslet Benoir, et al | Civil Case Number: | 2:24cv64 |
| ( X ) Plaintiff  (  ) Government | Date: | 3/19/25 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | Carol Naughton, OCR |
| Town of Parksley, Virginia, et al | Courtroom Deputy: | L. Woodcock |
| Defendant(s) | | |

**Proceedings:**

This matter came before the Court on the Motion to Use Formerly Privileged Materials and for Leave to Amend Complaint (ECF 36). Paul Sherman, Justin Pearson, and Matthew Liles appeared on behalf of the Plaintiffs. Andrew Harding and Anne Lahren appeared on behalf of Defendants.

Questions by the Court. Argument by Mr. Pearson, Mr. Harding and Ms. Lahren heard. The Court directs the parties to confer and create a list, using Bates numbers, of documents in dispute with respect to attorney-client privilege. The document should be filed as a Joint Notice as outlined by 3/21/25.

The Court to issue an Order.

Court in recess.