**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| THESLET BENOIR and CLEMENE BASTIEN, a married couple; and EBEN-EZER HAITIAN FOOD TRUCK LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOWN OF PARKSLEY, VIRGINIA; and HENRY NICHOLSON, in his official and individual capacities, <br><br> *Defendants*. | Civil Case No. 2:24-cv-00064-AWA-LRL |

**[PROPOSED] FINAL JUDGMENT**

On March 31, 2026, this Court entered its Order (the "Order") [ECF 70] on the parties' cross-motions for summary judgment. The Order resolved most of the claims and issues in this case, but some remained (collectively, the "Remaining Issues"). The parties subsequently conferred regarding the Remaining Issues, and on April 17, 2026, the parties filed their Joint Stipulation and Joint Motion for Entry of Final Judgment [ECF 73]. The parties' Joint Motion for Entry of Final Judgment is hereby **GRANTED**, and the Court hereby enters a final judgment in this case. It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.     Plaintiffs prevailed on Count 1 against Defendant Henry Nicholson personally. Plaintiffs prevailed on Count 2 against Defendant Town of Parksley, Virginia. Plaintiffs prevailed on Count 5 (Trespass to Chattels) against Defendant Henry Nicholson personally. To

the extent these rulings are not reversed on appeal, the compensatory damages for these claims are the same and shall be $1,328.89 (One-Thousand Three-Hundred Twenty-Eight Dollars and Eighty-Nine Cents), plus post-judgment interest. Defendant Town of Parksley, Virginia, and Defendant Henry Nicholson personally are jointly and severally liable.

2. Defendant Henry Nicholson's qualified immunity defense is denied, and Defendant Henry Nicholson is personally liable for the compensatory damages stated above.

3. Defendant Town of Parksley, Virginia, is also liable for the damages stated above under *Monell v. Dep't of Soc. Serv.*, 436 U.S. 658 (1978).

4. Defendant Town of Parksley, Virginia, prevailed on Count 6. The amount of compensatory damages sought by Plaintiffs for Count 6 is greater than the amount awarded above, so Count 6 is not moot.

5. Counts 2 and 4 are dismissed against Defendant Henry Nicholson in his official capacity.

6. Counts 3, 4, and 5 (Trespass to Land) are moot, pending appeal. The parties' Joint Stipulation and Joint Motion for Entry of Final Judgment as to Counts 3, 4, and 5 (Trespass to Land) and this Court's final judgment as to Counts 3, 4, and 5 (Trespass to Land) shall not impact any other claims, shall not be used in any arguments, shall not serve as the basis for any award of attorney's fees and costs, and shall not factor into any other determinations of entitlement to awards of attorney's fees and costs.

7. The parties are relieved from their obligation under Fed. R. Civ. P. 54 to file any motion for attorney's fees no later than 14 days after the entry of judgment. Instead, the parties may wait up to 14 days after this case and all related appeals and remands are completely

finished before moving for awards of attorney's fees and costs. Execution of this final judgment shall be stayed pending appeal.

8.      This final judgment adjudicates all the claims and the rights and liabilities of all the parties and is a final, appealable judgment. Nothing in this final judgment or the parties' Joint Stipulation and Joint Motion for Entry of Final Judgment shall be construed as waiving any party's right to appeal.

**DONE AND ORDERED** this _____ day of _____, 2026.

_____
Arenda L. Wright Allen
United States District Judge

3

Respectfully submitted,

/s/ Paul M. Sherman
Paul M. Sherman (VA Bar No. 73410)
Dylan Moore* (ME Bar No. 010327)
Matthew Liles* (DC Bar No. 90027919)
INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org
dmoore@ij.org, mliles@ij.org

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

/s/ Justin Pearson
Justin Pearson* (FL Bar No. 597791)
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
Email: jpearson@ij.org

/s/ Anne C. Lahren
Richard H. Matthews, Esq.
Virginia State Bar No. 16318
Anne C. Lahren, Esq.
Virginia State Bar No. 73125
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
(757) 490-6293 – Telephone (Anne Lahren)
(757) 502-7370 – Facsimile (Anne Lahren)
rmatthew@pendercoward.com
alahren@pendercoward.com

*Attorneys for Defendants*

4